UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA BEJARANO,

                            Plaintiff,

            -against-

BARCLAY,

                            Defendant.

1:26-CV-1982 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated March 13, 2026, the Court directed Plaintiff, within 30 days, to file a completed and signed request to proceed *in forma pauperis* ("IFP" or "IFP application") or pay the fees required to file a civil action in this court, and to also file a signed complaint signature page ("Plaintiff's Certification and Warnings"). That order specified that failure to comply would result in dismissal of this action. Plaintiff has not filed an IFP application or paid the fees, and he has not filed a signed complaint signature page. Accordingly, the Court dismisses this action without prejudice. *See* 28 U.S.C. §§ 1914, 1915; Fed. R. Civ. P. 11(a).

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). The Court directs the Clerk of Court to enter a judgment dismissing this action for the reasons set forth in this order.

SO ORDERED.

Dated:    April 20, 2026
          New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge